# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY L. GRANT, | |
| Plaintiff(s), | Case No. 2:13-cv-01448-GMN-NJK |
| vs. | ORDER DENYING MOTION FOR BOND AS MOOT |
| BRAVO BRIO RESTAURANT GROUP, INC., | |
| Defendant(s). | (Docket No. 5) |

Pending before the Court is a motion seeking a $500 bond from Plaintiff pursuant to Nev. Rev. Stat. 18.130(1). Docket No. 5. Plaintiff has now filed a notice of non-resident security for costs for $500 (Docket No. 10), which appears to provide the relief sought by Defendant's motion. Accordingly, the motion is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: September 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge